UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| NORTH JERSEY BRAIN & SPINE CENTER,  :  :  :  Plaintiff,  :  :  v.  :  :  CIGNA HEALTHCARE OF NEW  :  JERSEY, INC., et al.,  :  :  Defendants.  : | Civil Action No. 09-2630 (JAG)  ORDER |

**GREENAWAY, JR., U.S.C.J.**[*]

On January 12, 2010, Magistrate Judge Madeline Cox Arleo filed a Report and Recommendation ("R&R") (Docket Entry No. 17), pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2), wherein she recommended that the motion for remand (Docket Entry No. 9), filed by plaintiff, North Jersey Brain & Spine Center ("Plaintiff"), be denied. Plaintiff objected to Judge Arleo's recommendation, and defendants, CIGNA Healthcare of New Jersey and CIGNA Corporation (collectively, "Defendants"), opposed Plaintiff's objections. Plaintiff filed a reply to Defendants' opposition, to which Defendants responded.

A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review. In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); Temptations, Inc. v. Wager, 26 F. Supp. 2d 740, 743 (D.N.J. 1998); see also FED. R. CIV. P. 72(b). This Court has

---

[*] Sitting by designation on the District Court.

reviewed the parties' submissions and the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Arleo's analysis and conclusion.  Therefore,

IT IS, on this 5th day of March, 2010,

ORDERED that Magistrate Judge Arleo's R&R  (Docket Entry No. 17) is adopted as the opinion of the Court; and it is further

ORDERED that Plaintiff's motion to remand (Docket Entry No. 9) is DENIED; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

 S/Joseph A. Greenaway, Jr.  
JOSEPH A. GREENAWAY, JR., U.S.C.J.  
(Sitting by designation on the District Court)